**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02364-NYW-SBP

THE HOMEOWNERS ASSOCIATION OF PLAYERS CLUB VILLAS TOWNHOMES, INC., a Colorado Non-Profit Corporation,

      Plaintiffs,

v.

QBE INSURANCE CORPORATION, a Pennsylvania Corporation,

      Defendant.

_____

**JOINT NOTICE OF SETTLEMENT**
_____

The Parties, by and through undersigned counsel, jointly notify the Court of the following:

1.      The Parties have reached a settlement and have an enforceable settlement agreement for a full and complete settlement of all claims in this action with prejudice.

2.      The Parties anticipate that payment will be made within the next thirty (30) days.  Dismissal papers will be filed within three (3) days after payment is made with each Party to pay their respective fees and costs.

3.      Given the settlement reached in this matter, the Parties ask the Court to vacate the December 1, 2025 trial date and all associated deadlines.

Respectfully submitted this 14th day of November, 2025.

| | |
|---|---|
| */s/ Ugo Colella* | */s/ Jane E. Young* |
| Alan T. Dickey | Jane E. Young |
| Ugo Colella | Michelle L. Yang |
| Colella Zefutie LLC | Wilson Elser Moskowitz Edelman & Dicker, LLP |
| 1300 I Street, N.W. | |
| Suite 400E | 1225 17th St, Suite 1700 |
| Washington DC 20005 | Denver, CO 80202 |
| Telephone: (202) 538-0999 | Telephone: (303) 572-5330 |
| Facsimile: (202) 920-0894 | Fax: (303) 572-5301 |
| Email: adickey@czlaw.com | Email: jane.young@wilsonelser.com |
| ucolella@czlaw.com | michelle.yang@wilsonelser.com |

*Attorneys for Plaintiffs The Homeowners Association of Players Club Villas Townhomes, Inc.*

*Attorneys for Defendant, QBE Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2025, I emailed the foregoing **JOINT NOTICE OF SETTLEMENT** electronically filed with the Clerk of Court and served to all counsel of record using the CM/ECF system:

Alan T. Dickey
Ugo Colella
Colella Zefutie LLC
1300 I Street, N.W.
Suite 400E
Washington DC 20005
Telephone: (202) 538-0999
Facsimile: (202) 920-0894
Email: adickey@czlaw.com
        ucolella@czlaw.com

*Attorneys for Plaintiffs The Homeowners Association of Players Club Villas Townhomes, Inc.*

 */s/ Jane E. Young*
Jane E. Young
Michelle L. Yang
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th St, Suite 1700
Denver, CO 80202
Telephone: (303) 572-5330
Fax: (303) 572-5301
Email: jane.young@wilsonelser.com
        michelle.yang@wilsonelser.com

*Attorneys for Defendant, QBE Insurance Corporation*