# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02364-NYW-SBP

THE HOMEOWNERS ASSOCIATION OF PLAYERS CLUB VILLAS TOWNHOMES, INC., a Colorado Non-Profit Corporation,

      Plaintiffs,

v.

QBE INSURANCE CORPORATION, a Pennsylvania Corporation,

      Defendant.

_____

## STIPULATION FOR DISMISSAL
_____

The Parties, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of all claims that were raised or which could have been raised in this action, with each Party to pay its own fees and costs.

Respectfully submitted this 1st day of December, 2025.

| | |
|---|---|
| */s/ Ugo Colela* | */s/  Jane E. Young* |
| Alan T. Dickey | Jane E. Young |
| Ugo Colella | Michelle L. Yang |
| Colella Zefutie LLC | Wilson Elser Moskowitz Edelman & |
| 1300 I Street, N.W., Suite 400E | Dicker, LLP |
| Washington DC 20005 | 1225 17th St, Suite 1700 |
| Telephone: (202) 538-0999 | Denver, CO 80202 |
| Email: adickey@czlaw.com | Telephone: (303) 572-5330 |
|     ucolella@czlaw.com | Email: jane.young@wilsonelser.com |
| |     michelle.yang@wilsonelser.com |
| *Attorneys for Plaintiffs The Homeowners Association of Players Club Villas Townhomes, Inc.* | *Attorneys for Defendant, QBE Insurance Corporation* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2025, I emailed the foregoing **STIPULATION FOR DISMISSAL** electronically filed with the Clerk of Court and served to all counsel of record using the CM/ECF system:

Alan T. Dickey
Ugo Colella
Colella Zefutie LLC
1300 I Street, N.W.
Suite 400E
Washington DC 20005
Telephone: (202) 538-0999
Facsimile: (202) 920-0894
Email: adickey@czlaw.com
       ucolella@czlaw.com

*Attorneys for Plaintiffs The Homeowners Association of Players Club Villas Townhomes, Inc.*

 */ s/  Jane E. Young_____*
Jane E. Young
Michelle L. Yang
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th St, Suite 1700
Denver, CO 80202
Telephone: (303) 572-5330
Fax: (303) 572-5301
Email: jane.young@wilsonelser.com
       michelle.yang@wilsonelser.com

*Attorneys for Defendant, QBE Insurance Corporation*

2